IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-00169-01-CR-W-SOW |
| | ) | |
| ISHMAEL K. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge John T. Maughmer regarding defendant Ishmael Harris' Motion for Order Suppressing Evidence (Doc. # 23). On October 27, 2008, defendant Harris filed Objections to the Report and Recommendation. Defendant Harris objects to the conclusion of law reached by Magistrate Judge Maughmer relative to the reasonableness of the Grandview Police Officer's mistake of law in stopping the defendant's vehicle for having a tinted license plate cover. However, after considering defendant's objection, the Court disagrees. After making a thorough review of the record and applicable law, the Report and Recommendation of the Magistrate Judge in this case is both thorough and well-reasoned. This Court agrees with the recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that defendant Ishmael Harris' Motion for Order Suppressing Evidence (Doc. # 23) is denied.

____/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___10/31/2008_____